IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HAXANS WALDELL PALMER,         ) | |
| ID # 18051523,                              ) | |
| Petitioner,                       ) | |
| vs.                                                         ) | No. 3:20-CV-133-K |
|                                                                ) | |
| COURT OF APPEALS,                ) | |
| Respondent.                    ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, by separate judgment, the amended *Application for Writ of Mandamus* shall be dismissed for lack of jurisdiction.

Petitioner's Objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, filed on September 18, 2020, are hereby **OVERRULED**.

SO ORDERED.

Signed September 30th, 2020.

*Ed Kinkeade*
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE